JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| NOE GARZA, JR., | ) | No. ED CV 12-00229-JGB (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DAVE LONG, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus and the Supplemental Petition are dismissed with prejudice.

DATED: 3/28/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE